**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

   **v.**　　　　　　　　　　　　　　　　　Case No. 07-cr-145-PB

**Robin Theriault**

**O R D E R**

    The defendant, through counsel, has moved to continue the September 5, 2007 trial in the above case, citing newly appointed counsel's need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 2007 to November 6, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 30, 2007 final pretrial conference is continued to October 25, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 28, 2007

cc: Mark Howard, Esq.
    Don Feith, Esq.
    United States Probation
    United States Marshal