```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                      Case No. 07-cr-145-PB

**Robin Theriault**

### O R D E R

The defendant, through counsel, has moved to continue the January 8, 2008 trial in the above case, citing the need for additional time to engage in plea negotiations and to coordinate with state authorities on an unrelated matter in advance of trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 8, 2008 to April 1, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 18, 2007 final pretrial conference is continued to March 28, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 14, 2007

cc:  Mark Howard, Esq.
     Don Feith, AUSA
     United States Probation
     United States Marshal